**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| WILLSON CARBAJAL, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO.  4:22-CV-00429-RWS- |
| | § | CAN |
| v. | § | |
| | § | |
| HOPKINS COUNTY, TEXAS, ET AL. | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

Pursuant to the Court's order dismissing the case, the Court hereby enters Final Judgment.

Accordingly, it is

**ORDERED** that above-captioned case is **DISMISSED WITH PREJUDICE**. It is

further

**ORDERED** that any and all motions which may be pending in this civil action are hereby

**DENIED-AS-MOOT**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 24th day of April, 2023.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE